LAURA V. TEDROW, Respondent, v. ROBERT R. TEDROW, Appellant.—

Present — Goldman, P. J., Marsh, Witmer and Henry, JJ.